■ The People of the State of New York, Respondent, v Edward Greeman, Appellant. [598 NYS2d 507] —Judgment, Supreme Court, New York County (Renee White, J.), rendered March 20, 1991, convicting defendant, upon a plea of guilty, of criminal possession of stolen property in the fourth degree, and sentencing him to five years of probation, unanimously affirmed.

Defendant sought to withdraw his plea in light of a single, unspecified assertion of innocence and a claim that he had offered a guilty plea because he felt that he needed medical treatment. Defendant did not indicate at his plea that he was motivated by a desire to obtain medical treatment, and the court did not abuse its discretion in denying his application to withdraw the plea made at sentencing *(see, People v McAvoy,* 106 AD2d 586, 587, *lv denied* 65 NY2d 928). Concur—Carro, J. P., Rosenberger, Wallach, Kupferman and Rubin, JJ.